UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARIA AGUILERA BARRIENTOS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden, California City ICE Detention Center, et al.,<br><br>Respondents. | No. 1:25-cv-01490-SKO (HC)<br><br>**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**<br><br>[THIRTY DAY DEADLINE] |

    Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has filed a petition for writ of habeas corpus challenging her detention by the United States Department of Homeland Security ("DHS").

    Petitioner is a citizen and national of Peru who entered the United States on or about November 11, 2022, seeking asylum. She was released from custody on November 13, 2022, with issuance of a Notice to Appear. Petitioner filed applications for asylum, withholding of removal, and protection under the Convention Against Torture on November 8, 2023. A merits hearing before an Immigration Judge on those applications is currently set for August 12, 2026.

On October 30, 2025, while reporting to an Immigration and Customs Enforcement ("ICE") check-in appointment in San Francisco, Petitioner was detained and placed in removal proceedings.

Petitioner claims her constitutional rights have been violated because detention is not reasonably foreseeable. She claims ICE violated the Immigration and Nationality Act, implementing regulations, and the Administrative Procedures Act by redetaining her and transferring her out of the district without first determining whether she is a flight risk or a danger to the community if released. She seeks immediate release from custody.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted.  Rule 4, Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).  Respondent SHALL INCLUDE a copy of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases.  In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, it is HEREBY ORDERED:

1. Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted.  The Response to the Order to Show Cause is due within THIRTY (30) days of the date of service of this order.

2. Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response to the Order to Show Cause is filed with the Court.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).  As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other briefing in this action is suspended.

IT IS SO ORDERED.

1

2  Dated:  **November 17, 2025**               /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

3