UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARIA AGUILERA BARRIENTOS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden, et al.,<br><br>Respondents. | No. 1:25-cv-01490-SKO (HC)<br><br>**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>**[DEADLINE: DECEMBER 19, 2025]** |

Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 17, 2025, the Court issued an order directing Respondents to show cause why the petition should not be granted. (Doc. 7.) On December 8, 2025, Respondents filed an answer to the petition. (Doc. 11.) However, Respondents failed to provide Petitioner's A-File or any relevant documents in conjunction with the answer, as ordered. Respondents "acknowledged" the Court's order but requested reconsideration of the order directing Respondent to provide the entire A-File. (Doc. 11 at 2 n.2.)

On December 12, 2025, the Court granted reconsideration to the extent that not all of the A-File need be produced; however, Respondents were directed to produce any documents in Petitioner's A-file that relate to Petitioner's original detention in 2022, release in 2022, and re-

detention on October 30, 2025. (Doc. 13.) Respondents were directed to produce responsive documents by no later than 5:00 p.m. on December 15, 2025. As of this writing, Respondents have failed to produce said documents, or respond to the Court's order in any way.

Accordingly, **by 5:00 p.m. on December 19, 2025, Respondents are ORDERED TO SHOW CAUSE why sanctions should not be imposed**. As time is of the essence, the Court will review the pleadings and render a decision on the petition notwithstanding Respondents' failure.

IT IS SO ORDERED.

Dated:  **December 17, 2025**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE